UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF: : Chapter 11
:
: Case No. 07-10562 (BLS)
Pac-West Telecomm, Inc., et al, :
: NOTICE OF APPOINTMENT OF
: OFFICIAL COMMITTEE OF
: UNSECURED CREDITORS
:
Debtors. :
-----------------------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of the Unsecured Creditors in connection with the above captioned case:

1. **The Bank of New York.**, Attn: Gary S. Bush, 101 Barclay Street, Floor 8W, New York, NY 10286, Phone: 212-815-2747, Fax: 732-667-4737;

2. **Wells Fargo Bank, N.A.**, Attn: Julie J. Becker, Vice President and Thomas M. Korsman, Vice President; Sixth and Marquette, MAC N9303-120, Minneapolis, MN 55479, Phone: 612-316-4772, Fax: 612-667-9825;

3. **SMH Capital Advisors, Inc.**, Attn: Dwayne A. Moyers, 4800 Overton Plaza, Suite 300, Fort Worth, TX 76109, Phone: 817-731-9559, Fax: 817-763-5559;

4. **Curtiswood Capital, LLC**, Attn: Robert Scott Nieboer, 104 Woodmont Blvd, Suite 200, Nashville, TN 37205, Phone: 615-386-0231, Fax: 615-386-0412;

5. **Kutir Corporation**, Attn: Joseph Gerald Ignatius, 7339 Carter Avenue, Newark, CA 74560, Phone: 608-373-8731, Fax: 510-694-9699;

6. **AT&T (Bell South/SBC)**, Attn: David J. Egan, 722 N. Broadway, Floor 11, Milwaukee, WI 53202, Phone: 414-227-6624, Fax: 414-227-6652; and

7. **Verizon Communications Inc. (Verizon/MCI)**, Attn: William G. Cummings, 240 E. 38th Street, Room 15-9, New York, NY 10016, Phone: 212-338-6930, Fax: 212-302-9177.

KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE

/s/Richard L. Schepacarter   (for)
ANDREW R. VARA
Assistant United States Trustee

Dated: May 9, 2007

Attorney assigned to case: Richard L. Schepacarter, Esq., Tel: 302-573-6491, Fax: 302-573-6497.
Debtors' counsel (local): Jeremy Ryan, Esq., Phone: (302) 421-6805 Fax : (302) 421-5861