IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PAC-WEST TELECOMM., INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 07-10562 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance on behalf of the Official Committee of Unsecured Creditors ("Committee") pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007; and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses and telephone/facsimile numbers set forth below:

| | |
|---|---|
| William R. Baldiga, Esq.<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111<br>Phone: (617) 856-8586<br>Fax: (617) 856-8201<br>wbaldiga@brownrudnick.com | Anthony L. Gray, Esq.<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111<br>Phone: (617) 856-8584<br>Fax: (617) 856-8201<br>agray@brownrudnick.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise

---

[1] The Debtors are the following entities: Pac-West Telecomm, Inc. ("Pac-West"); PWT of New York, Inc. ("PWTNY"); PWT Services, Inc., ("PWT"); Pac-West Telecomm of Virginia, Inc. ("PW Virginia"); Installnet, Inc.

filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED: May 10, 2007

/s/ *Willliam R. Baldiga*
William R. Baldiga, Esq.
Anthony L. Gray, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Phone: (617) 856-8200
Fax: (617) 856-8201
wbaldiga@brownrudnick.com
agray@brownrudnick.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

---

("Installnet"); and U.S. Net Solutions ("US Net").