# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
:
In re: : Chapter 11
: Case No. 07-10562 (BLS)
PAC-WEST TELECOMM, INC., et al., : (Jointly Administered)
:
: Hearing Date: 7/10/07 at 2:00 p.m.
Debtors. : Objection Deadline: 7/2/07 at 4:00 p.m.
:
---------------------------------------------------x

## NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS APPROVING
## THE *NUNC PRO TUNC* EMPLOYMENT AND RETENTION
## OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISOR FOR THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**TO**: All Parties on the Attached Service List

The Official Committee of Unsecured Creditors in the above-captioned cases has filed the attached *Application For Entry Of An Order Approving The Nunc Pro Tunc Employment And Retention of Chanin Capital Partners as Financial Advisor for The Official Committee of Unsecured Creditors* (the "Motion").

You are required to file a response to the Motion, on or before **July 2, 2007 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon the Movant's attorneys:

| | |
|---|---|
| Steven K. Kortanek | William Baldiga |
| Womble Carlyle Sandridge & Rice, PLLC | Thomas Montgomery |
| | Anthony L. Gray |
| 222 Delaware Avenue, Ste. 1501 | Brown Rudnick Berlack Israels, LLP |
| Wilmington, DE 19801 | One Financial Center |
| Ph: (302) 252-4363 | Boston, MA 02111 |
| Fax: (302) 661-7728 | Phone: (617) 856-8584 |
| skortanek@wcsr.com | Fax: (617) 289-0445 |
| | wbaldiga@brownrudnick.com |
| | tmontgomery@brownrudnick.com |
| | agray@brownrudnick.com |

WCSR 3624756v1

A HEARING ON THE APPLICATION WILL BE HELD ON JULY 10, 2007 AT 2:00 P.M. ONLY IF AN OBJECTION IS TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 5, 2007

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: /s/ Steven K. Kortanek
Steven K. Kortanek (Del. Bar No. 3106)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Ph: (302) 252-4363
Fax: (302) 661-7728

-and-

William Baldiga
Thomas Montgomery
Anthony L. Gray
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
Phone: (617) 856-8584
Fax: (617) 289-0445

Proposed Co-Counsel to the Official Committee of Unsecured Creditors