## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------x
                                         :
In re:                                   :        Chapter 11
                                         :        Case No. 07-10562 (BLS)
PAC-WEST TELECOMM, INC., et al.,         :
                                         :
                                         :        (Jointly Administered)
              Debtors.                   :
                                         :
---------------------------------------------------x
```

## AFFIDAVIT OF BRENT WILLIAMS IN
## SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER
## APPROVING THE *NUNC PRO TUNC* EMPLOYMENT AND RETENTION
## OF CHANIN CAPITAL PARTNERS LLC AS FINANIAL ADVISOR
## FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF NEW YORK             )
                              ) ss.:
COUNTY OF NEW YORK            )

**BRENT WILLIAMS**, being duly sworn, deposes and says:

1.     I am a Managing Director of Chanin Capital Partners ("Chanin"), a professional service firm engaged in the business of providing financial advisory and related professional consulting services. Chanin is a division of its corporate parent, Duff & Phelps, LLC. I submit this affidavit on behalf of Chanin, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in support of the *Application for Entry of an Order Approving the Nunc Pro Tunc Employment and Retention of Chanin Capital Partners LLC as Financial Advisor for the Official Committee Unsecured Creditors*, dated as of the date hereof (the "Application"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

I.    **Proposed Compensation.**

2.    Chanin has been asked to serve as financial advisor to the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the Chapter 11 cases of Pac-West Telecomm, Inc., and affiliated entities (collectively, the "Debtors"). Chanin proposes to render services for the Creditors' Committee on a flat monthly fee basis according to the engagement letter dated May 11, 2007 (the "Engagement Letter"). Pursuant to the terms of the Engagement Letter, Chanin will receive a cash fee of $75,000 per month (the "Monthly Fees") for the first 3 months of the engagement and $50,000 per month thereafter. Chanin shall also be entitled to monthly reimbursement of reasonable out-of-pocket expenses incurred in connection with the services to be provided under the Engagement Letter. Out of pocket expenses shall include, but shall not be limited to all reasonable travel expenses, computer and research charges, attorney fees, messenger services and long-distance telephone calls incurred by Chanin in connection with the services to be provided to the Committee.

3.    Chanin intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred in accordance with applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code"), the Bankruptcy Rules, the local rules and orders of this Court, and the United States Trustee guidelines.

4.    Chanin, like other investment banking firms, is not the general practice of maintaining detailed time records similar to those customarily kept by attorneys. Chanin's restructuring professionals do as a practice, and in the Debtors' cases will as a practice, keep time records detailing and describing their daily activities, the identity of persons who performed such tasks and the amount of time expended on a daily basis. Further, Chanin's restructuring

2

personnel do not maintain their time records on a "project category" basis. Due to the aforementioned, Chanin requests a waiver of certain requirements under Del.Bankr. LR 2016-2.

      5.     Neither Chanin, nor any member of Chanin, nor any professional associated with or employed by Chanin has received a promise as to payment or compensation in connection with the Debtors' Chapter 11 cases. Chanin does not have any agreement with any other entity to share with any such entity any compensation received by Chanin.

## II.    Chanin's Connections in these Cases.

      6.     In connection with the Creditors' Committee's proposed retention of Chanin, an extensive review (the "Connections Check") of Chanin's and Duff & Phelps' clients, adverse parties, and related parties (collectively, "Firm Connections") was performed to ascertain whether Chanin had any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party in interest herein, or their respective attorneys or accountants, to the extent any such entities were known at such time (the "Case Parties").

      7.     Attached hereto as Schedule 1 is a list of the Case Parties that were checked against databases containing Firm Connections, and then manually reviewed to identify any matters on which work was performed in the last 3 years. For the purpose of compiling the list of Case Parties, Chanin utilized the case parties lists filed by the Debtors in connection with their retention of counsel in the Debtors' Chapter 11 cases. This list was represented by Debtors to be comprehensive and include the following categories of parties: Debtors and affiliates, officers and directors of Debtors and affiliates, equity holders and bondholders, landlords, the thirty largest unsecured creditors, five percent shareholders, professionals, and other parties in interest.

8.    In addition, the Connections Check was emailed or otherwise circulated to all Chanin professionals for further review, for the purpose of identifying connections.

9.    A copy of the results of Chanin's Connections Check is annexed hereto as Schedule 2.

10.    To the best of my knowledge after diligent inquiry, neither Chanin, nor any member of Chanin, nor any professional associated with or employed by Chanin, has any "connection" (as such term is used in Bankruptcy Rule 2014(a)) with the Debtors, their creditors, any other party in interest herein, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except to the extent set forth on Schedule 2. Notwithstanding any "connection" set forth on Schedule 2, and except as set forth herein, to the best of my knowledge, any "connection" of Chanin to the matched entities are limited to matters unrelated to the Debtors' Chapter 11 cases.

11.    Chanin has been involved in a number of unrelated cases with various professionals involved in these cases, both in adverse and non-adverse roles.

12.    Moreover, Chanin has a well-known reorganization and restructuring practice, which encompasses the representation of many investors, financial institutions and other persons or entities, some of which may become creditors or parties in interest including, without limitation, potential acquirers of the Debtors' assets in these Chapter 11 cases. Furthermore, as part of its practice, Chanin appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties in interest, or themselves be creditors or parties in interest in these Chapter 11 cases. Chanin has not and will not represent any of these creditors, investors,

4

potential acquirers, parties in interest, attorneys, financial advisors, accountants, or any other entity in connection with these Chapter 11 cases.

13.    Chanin has represented, currently represents, and may represent in the future the entities as described in <u>Schedule 2</u> as clients (or their affiliates), in matters unrelated to the Debtors. Also, Chanin represents, in unrelated matters, numerous entities, including entities listed on <u>Schedule 2</u>, that buy and sell distressed debt of Chapter 11 debtors. Because distressed bank and note debt is actively traded in the commercial markets, Chanin may be unaware of the actual holder of such debt at any given moment.

14.    Chanin has not, does not, and will not represent any of the entities listed above (or their affiliates) in matters related to the Debtors or their Chapter 11 cases.

15.    Chanin will file appropriate supplemental disclosure(s) with the Court to the extent that additional information concerning any connections is developed.

16.    Notwithstanding the above, I believe that Chanin is a disinterested person, and does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Chanin is to be employed, as required by Section 328(c) of the Bankruptcy Code. Based upon the foregoing, I respectfully submit that the requirements for the Creditors' Committee's retention of Chanin have been met.



Brent Williams

Sworn to before me this
31 day of May, 2007

_Elizabeth Raju_ Notary Public

ELIZABETH RAJU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6046900
Qualified in New York County
Commission Expires August 21, 2010

5

## SCHEDULE 1

Case Parties

01 Communications
Access One
ACN Communications
Agreeya Solutions
American International Group, Inc.
Ameritech
Andiamo (Dancris)
Andrew Jent
APS
Arent Fox LLP
Ari-North Valley Tech Center LLC
Arizona Telephone
Arnall Golden & Gregory
Arrival Communicate
Asotin Telephone Co.
AT&T
AT&T Yellow Pages
ATI d/b/a Eschelon
Automotive Experts Group
Bank of Stockton
Bay Alarm Securities LLC
BellSouth
Bingham McCutchen LLP
Blue Casa
Brian Kushner
Broadwing Communications
Buchanan Ingersoll
Bullseye Telecom
C.C. Communications
Cablevision
CABSAgent
Calaveras
California Water Service
Cal-Ore Telephone
Cananwill, Inc.
Carlyle One Wilshire II, LP
Carr Electric
Cascade Utilities
Cbeyond
CenturyTel
Chad Coben
Charter Communications
Chillicothe
Cigna/Citibank
CIMCO Communications
Cincinnati Bell
Cingular Wireless
Cisco Systems, Inc.
City of Seattle

CityNet
Clear Creek Mutual
Cogent
Columbia Ventures Corporation
Comcast
Comcast Phone of CA
Comcast Phone of WA
Comerica Bank
Cox Communications
Curtiswood Capital, LLC
CXO, LLC
Deutsche Bank
DMR Communications
DP Air Corporation
Ducor Telephone Company
Edison Company
Electric Lightwave
Embarq
Enhanced
Entricom Inc.
Eric Jacobs
Ernest Communication
Eschelon Telecom
Eschelon Telecom, Inc. UT
Excel Telecom
Extensity Performance Management
Fones-4-All
Foresthill Telephone
Frontier
George Sutcliffe
Global Crossing
Global Valley Network
Happy Valley
Hat Island
Henry R. Carabelli
Hogy Real Estate LLC
Home Telephone Co.
Hornitos
Hood Canal
Humboldt Telephone
ICG
IDT
Impulse Telecom
Inland Telephone
InReach Internet, LLC
Installnet, Inc.
Integra Telecom
Intelletrace
International Telecom

Intertel Systems
Intrado
James F. Hensel
JBA International
Jenner & Block
JJD Stockton Adventure LLC
John La Rue
John Sumpter
Kalama Telephone
Kenneth D. Peterson, Jr.
Kerman Telephone
KMC Telecom
Kurtzman Carson Consultants LLC
Kutir Corp.
Latham & Watkins
Law Office of James M. Tobin, Inc.
Lewis River Telephon
Liberty Telecom
Liebert Global Services
Lightyear
Limelight
Local Access Communications
Looking Glass
Lucent Technologies, Inc.
Mashell Telecom, Inc.
McDaniel Telephone
McGraw Communications, Inc.
MCI
Mcleodusa
Merrill Lynch Business Financial Services, Inc.
Merrill Lynch Capital
Metcom Network
Metro PCS
Mettel
Michael B. Hawn
Michael E. Katzenstein
Michael L. Sarina
Mid America
Mid America Computer Corp.
Midvale Telephone
Molalla
Monzack and Monaco, P.A.
Morrison & Foerster, LLP
Mpower
Mt. Angel Telephone
Navigator Telecom
NECA
Nehalem Tel & Tel
NeuStar
Nevada Bell
Nevada Power
Nevada Telephone Inc.
New York Access
NII Communications

Nova Management, Inc.
Oregon Exchange
Pachulski Stang
Pacific Centrex Serv.
Pacific Gas & Electric
Pac-West Acquisition Company
Pac-West Funding Company LLC
Pac-West Telecomm of Virginia, Inc.
Pac-West Telecomm, Inc.
PAETEC Communication
Pics Telecomm Corp.
Ponderosa Telephone
Potlatch Telephone
Potter Anderson
Puget Sound Refrigeration, Inc.
PWT of New York, Inc.
PWT Services, Inc.
Quality Telephone
Qwest Communications
Rainier Connect, Inc.
Ravi Brar
Reed Smith LLP
Reid Cox
Richard A. Roman
Richard L. Schepacarter, U.S. Trustee's Office
Robert Morrison
Rural Telephone
Sage Telecom
Sam Plum
Sarita Fernandes
Saul Ewing LLP
SBC
SBC SMART Yellow
SCP Private Equity Partners, L.P.
Serita Anand
Seth Davis
Shawn O'Donnell
Sierra Telephone
SMH Capital Advisors, Inc.
SMS/800
Southern California Edison
Southwestern Bell
Splice
Sprint
Stanley P. Hanks
Stephen Dube
SureWest
Switch & Data
Table Top Telephone
TCAST
Tekelec
Telcordia Technologies
TelCove
Telekenex

2

Telepacific
Telepacific/Mpower
Telscape Comm
Tel-West
Tenino Telephone
TGEC Communications
The Bank of New York
Time Warner
Timothy A. Samples
TMC
Todd Putnam
Tohono O'Odham
Trinsic
U.S. Net Solutions, Inc.
U.S. Telepacific Corp.
UBET Telecom
UBTA-UBET Communications
United Communication
US Signal

Utility Telephone
Valley Connection
Valley Telephone Co.
VeriSign
VeriSign, Inc.
Verizon Communications Inc.
VoiceOne
Volcano
Vycera
Wallace W. Griffin
Wells Fargo Bank, N.A.
Whidbey Telephone
William Blair Capital Partners VI LP
Wiltel
Windstream
Wisor Telecomm
Xcel Energy
XO Communications
YCOM Networks

## SCHEDULE 2

Connections Check

| Entity | Relationship to Chanin[1] |
|---|---|
| PAETEC Communication | Chanin vendor (phone service) |
| American International Group, Inc. AT&T BellSouth Cigna/Citibank CXO, LLC Deutsche Bank Global Crossing Merrill Lynch Business Financial Services, Inc. Merrill Lynch Capital Pacific Gas & Electric Richard L. Schepacarter, U.S. Trustee's Office The Bank of New York Verisign Verizon Communications Inc. Wells Fargo Bank, N.A. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bingham McCutchen LLP Jenner & Block Latham & Watkins Monzack & Monaco, P.A. Pachulski Stang Potter Anderson Reed Smith LLP Saul Ewing LLP | Working with or against on other engagements in wholly unrelated matters. |

---

[1]    In certain instances, based on, among other things, a similarity of names, it was unclear whether a "match" exists. Chanin/D&P attempted, in its reasonable judgment, to resolve these but has determined to disclose certain of these as "matches," out of an abundance of caution.

2

| Entity | Relationship to D&P[2] |
|---|---|
| American International Group, Inc.<br>Arent Fox LLP<br>AT&T<br>Bingham McCutchen LLP<br>Charter Communications<br>Cigna<br>Citibank (Citigroup etc.)<br>Cingular Wireless (AT&T Wireless)<br>Cisco Systems, Inc.<br>Comcast Corp.<br>Cox Communications<br>Deutsche Bank<br>Extensity Performance Management<br>Integra Telecomm<br>Lightyear Capital<br>Lucent Technologies, Inc. (Alcatel-Lucent)<br>MCI Communications Inc.<br>Merrill Lynch International<br>SBC Communications (see AT&T)<br>Southwestern Bell Corp. (see AT&T)<br>Sprint (Sprint/Nextel Corporation)<br>Telepacific (see U.S. Telepacific Corp.)<br>The Bank of New York<br>Verisign, Inc.<br>Verizon Communications Inc.<br>Wells Fargo Bank, N.A.<br>William Blair & Co.<br>Windstream Corp.<br>XO CommunicationsArent Fox LLP | Active engagements in unrelated matters |
| APS (American Payment Systems/Bell South)<br>Arnall Golden & Gregory<br>Bell South<br>Century Telephone Enterprises<br>Enhanced Imaging Technologies<br>Global Crossing<br>ICG (Internet Capital Group)<br>IDT<br>KMC Telecom Holdings | Recent or current client relationships in unrelated matters |

---

[2]   In certain instances, based on, among other things, a similarity of names, it was unclear whether a "match" exists. Chanin/D&P attempted, in its reasonable judgment, to resolve these but has determined to disclose certain of these as "matches," out of an abundance of caution.

| Entity | Relationship to D&P[2] |
|--------|------------------------|
| Morrison & Foerster, LLP | |
| Mpower Holding Corp. | |
| Nevada Power (several engagements for Pricewaterhouse Coopers) | |
| Pacific Gas & Electric (property valuation engagement for Starpoint Properties) | |
| Qwest Communications | |
| Reed Smith LLP | |
| Rural Telephone (Rural LEC Acquisition) | |
| SBC (see AT&T) | |
| SCP Private Equity Partners, L.P. (SCP Capital Partners) | |
| SMS/800 (SMS Enterprises) | |
| Southwestern Bell (see AT&T) | |
| Tekelec | |