**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------x
                                                 :
In re:                                           :    Chapter 11
                                                 :    Case No. 07-10562 (BLS)
PAC-WEST TELECOMM, INC., et al.,                 :
                                                 :
                                                 :    (Jointly Administered)
                      Debtors.                   :
                                                 :    Related Docket No.:
-------------------------------------------------x
```

## ORDER APPROVING THE *NUNC PRO TUNC* EMPLOYMENT AND RETENTION OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application dated June 5, 2007 (the "Application") of the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the Chapter 11 cases of Pac-West Telecomm, Inc., and affiliated entities (collectively, the "Debtors") for entry of an order authorizing the Creditors' Committee to employ and retain Chanin Capital Partners ("Chanin") as financial advisor in these cases *nunc pro tunc*, effective as of May 9, 2007; and all undefined terms herein having the meanings ascribed to them in the Application, and upon the affidavit filed in support of the Application, and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied based on the representations made in the Application and declaration that (i) Chanin represents no interest adverse to the Debtors' estates or the Debtors' creditors, and (ii) the employment of Chanin is necessary and would be in the best interests of the Creditors' Committee and the estates, and after due deliberation, and sufficient cause appearing therefor, it is

**ORDERED** that, in accordance with sections 328 and 1103(a) of the Bankruptcy Code, the Creditors' Committee is hereby authorized to employ and empowered to retain Chanin as its

financial advisor, *nunc pro tunc,* effective as of May 9, 2007, to represent the Creditors' Committee in the Chapter 11 cases, in accordance with the terms of such engagement as set forth in the Application and the engagement letter annexed thereto, and it is further

**ORDERED** that Chanin shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

_____
BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: _____, 2007

2
WCSR 3624763v1