# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PAC-WEST TELECOMM., INC., et al.,[1] | ) | |
| | ) | Case No. 07-10562 (BLS) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on this 5th day of June 2007, I caused a copy of the foregoing *Application for Entry of an Order Approving the Nunc Pro Tunc Employment of Chanin Capital Partners as Financial Advisor for the Official Committee of Unsecured Creditors* to be served upon the parties listed on the attached service list via United States First Class Mail unless otherwise indicated.

 

Steven K. Kortanek (Del. Bar No. 3106)

---

[1] The Debtors are the following entities: Pac-West Telecomm, Inc. ("Pac-West"); PWT of New York, Inc. ("PWTNY"); PWT Services, Inc., ("PWT"); Pac-West Telecomm of Virginia, Inc. ("PW Virginia"); Installnet, Inc. ("Installnet"); and U.S. Net Solutions ("US Net").

WCSR 3624765v1

# Pac-West Telecomm, Inc., *et al.*
## 2002 Service List
## 07-10562

*Representing Debtors*
Norman L. Pernick, Esquire
Jeremy W. Ryan, Esquire
Saul Ewing LLP
222 Delaware Ave., Suite 1200
PO Box 1266
Wilmington, DE 19899

Richard Schepacarter, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

*Representing Pac-West Funding Company LLC (PSZYJW)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl Young
 Jones & Weintraub LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899

*Representing Merrill Lynch Capital, a Division of Merrill Lynch Business Financial Services*
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
PO Box 2031
Wilmington, DE 19804

*Representing AT&T*
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801

*Representing Qwest Corporation and Qwest Communications Corporation*
Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Representing VeriSign, Inc.*
Eric Lopez Schnabel, Esquire
Peter J. Duhig, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Michael S. Terrien, Esquire
Melissa M. Hinds, Esquire
Phillip W. Nelson, Esquire
Jenner & Block LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603

*Representing Pac-West Funding Company LLC (PSZYJW)*
Debra Grassgreen, Esquire
Pachulski Stang Ziehl Young
 Jones & Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

*Representing Pac-West Funding Company LLC (PSZYJW)*
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl Young
 Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

*Representing Wells Fargo Bank, Indenture Trustee*
Andrew I. Silfen, Esquire
Leah M. Eisenberg, Esquire
Arent Fox LLP
1675 Broadway
New York, NY 10019

*Representing Wells Fargo Bank, Indenture Trustee*
Julie J. Becker, Vice President
Wells Fargo Bank, N.A.
Sixth and Marquette
MAC N9303-120
Minneapolis, MN 55479

*Representing Merrill Lynch Capital, a Division of Merrill Lynch Business Financial Services*
Caroline A. Reckler, Esquire
Latham & Watkins LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606

*Representing Verizon*
Darryl S. Laddin, Esquire
Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-101

*Representing AT&T*
Reginald A. Greene, Esquire
AT&T Southeast
675 W. Peachtree St., Suite 4300
Atlanta, GA 30344

Columbia Ventures Corporation
203 S.E. Park Plaza Dr., Suite 270
Vancouver, WA 98684

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Rm. 1150
Baltimore, MD 21201

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC 20020

Securities & Exchange Commission
Attention Nathan Fuchs
233 Broadway
New York, NY 10279

Federal Communications Commission
445 12th Street SW
Washington, DC 20554

*30 Largest Unsecured Creditors*
Tekelec
Karen Damari
5200 Paramount Pkwy.
Morrisville, NC 27560

*30 Largest Unsecured Creditors*
Liebert Global Services
Jason Orcutt
9650 Geronimo
Irvine, CA 92618

*30 Largest Unsecured Creditors*
Verizon CABS
Interconnection Group
Mail Code: NC901178
3632 Roxboro Road
Durham, N.C. 27704

Law Office of James M. Tobin, Inc.
Two Embarcadero Center, Ste. 1800
San Francisco, CA 941111

XO Communications
11111 Sunset Hills Rd.
Reston, VA 20196

*30 Largest Unsecured Creditors*
Intertel Systems
ATTN: Jefferson Allen
6 Glorietta Court
Orinda , CA 94563

*30 Largest Unsecured Creditors*
Southern California Edison
2244 Walnut Grove Ave.
P.O. Box 800
Rosemead, CA 91770-3714

*30 Largest Unsecured Creditors*
Kutir Corp.
7339 Carter Ave.
Newark, CA 94560-3648

*30 Largest Unsecured Creditors*
Pacific Gas & Electric
Spear Tower, Suite 2400
One Market
San Francisco, CA 94105

*30 Largest Unsecured Creditors*
DP Air Corporation
5226 S. 40th St.
Phoenix, AZ  85040

*30 Largest Unsecured Creditors*
BellSouth Pro - CABS
600 N. 19th St., 10th Floor
Birmingham, AL  35203

*30 Largest Unsecured Creditors*
Integra Telecom
1201 N.E. Lloyd Blvd., Ste. 1500
Portland, OR  97232

*30 Largest Unsecured Creditors*
JBA International
1192 N. Lake Avenue
Pasadena, CA  91104

*30 Largest Unsecured Creditors*
Lucent Technologies, Inc.
600 Mountain Ave.
Murray Hill, NJ  07974

*30 Largest Unsecured Creditors*
Mr. Hotpeti
Agreeya Solutions
90 Blue Ravine Rd., Ste. 155
Folsom, CA  95630

*30 Largest Unsecured Creditors*
ARI North Valley Tech Center
Jackie Curtis
500 E. 84th Ave., Suite SA-4
Thornton, CO  80229

*30 Largest Unsecured Creditors*
Wiltel Communications
n/k/a Level 3 Communications, Inc.
1025 Eldorado Blvd.
Broomfield, CO  80021-8869

*30 Largest Unsecured Creditors*
Pics Telecomm Corp.
Bill McAuliffe
1920 Lyell Ave.
Rochester, NY  14606

*30 Largest Unsecured Creditors*
Nova Management, Inc.
659 Abrego, Ste. 5
Monterey, CA  93940

*30 Largest Unsecured Creditors*
Puget Sound Refrigeration, Inc.
3132 N.E. 133rd St.
Seattle, WA  98125-4423

*30 Largest Unsecured Creditors*
Wisor Telecomm
400 Professional Dr., Ste. 320
Gaithersburg, MD  20879

*30 Largest Unsecured Creditors*
Mid America Computer Corp.
111 Admiral Dr.
P.O. Box 700
Blair, NE  68008

*30 Largest Unsecured Creditors*
Morrison & Foerster, LLP
425 Market St.
San Francisco, CA  94105-2482

*30 Largest Unsecured Creditors*
Embarq Corp.
5454 W. 110th St.
Overland Park, KS  66211

*Representing Level 3 Communications, LLC and Affiliated Entities*
Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103

*Representing Level 3 Communications, LLC and Affiliated Entities*
David W. Carickhoff, Esq.
Blank Rome LLP
Chase Manhattan Center
1201 Market Street, Suite 800
Wilmington, DE  19801

Elaine Stuart
Intrado Inc.
1601 Dry Creek Drive
Longmont, CO  80503

*Representing Landlords 770 "L" Street Investment Group and Jones Lang LaSalle Americas*
Paul J. Pascuzzi, Esq.
Felderstein Fitzgerald
Willoughby & Pascuzzi LLP
400 Capital Mall, Suite 1450
Sacramento, CA 95814

*Representing Carlyle One Wilshire II, L.P.*
David M. Poitras P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067

*Representing U.S. TelePacific Corp., Mpower Communications Corp. and Arrival Communications, Inc.*
Peter M. Gilhuly
Latham & Watkins LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

*Creditor*
U.S. TelePacific Corp.
Attention: General Counsel
515 So. Flower Street, 4th Floor
Los Angeles, CA 90071

*Creditor*
Mpower Communications Corp.
Attention: General Counsel
515 So. Flower Street, 4th Floor
Los Angeles, CA 90071

*Creditor*
Arrival Communications, Inc.
Attention: General Counsel
515 So. Flower Street, 4th Floor
Los Angeles, CA 90071

*Representing Oracle USA, Inc. and Oracle Credit Corporation*
Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126