UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| PAC-WEST TELECOMM, INC., et al.,[1] : | Case No. 07 - 10562 (BLS) |
| : | (Jointly Administered) |
| Debtors and Debtors in Possession. : | |
| : | **Related to Docket No. 97** |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF JENNER & BLOCK LLP AS ATTORNEYS FOR DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 329

This matter came on to be heard on the Application of Debtors and Debtors-in-Possession for Order Authorizing Employment and Retention of Jenner & Block LLP as Attorneys for Debtors Pursuant to 11 U.S.C. §§ 327(a) and 329 (the "Application"), filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); the Court having reviewed the Application and the Declaration of Michael S. Terrein (the "Terrien Declaration") of the firm of Jenner & Block LLP ("Jenner & Block") and the Declaration of Michael E. Katzenstein, Chief Restructuring Officer of the Debtors (the "Katzenstein Declaration"); the Court having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) Jenner & Block does not hold or represent any interest adverse to the Debtors' estates, and (d) Jenner & Block is a "disinterested person" as contemplated under sections 327 and 329 of the Bankruptcy Code; the Court finding that notice of the Application and the Hearing given by the Debtors was sufficient under the circumstances; and the Court being fully

---

[1] The Debtors are the following entities: Pac-West Telecomm, Inc. ("Pac-West"); PWT of New York, Inc. ("PWTNY"); PWT Services, Inc. ("PWT"); Pac-West Telecomm of Virginia, Inc. ("PW Virginia"); Installnet, Inc. ("Installnet"); and, U.S. Net Solutions, Inc. ("US Net").

547970.2 6/18/07

advised in the premises and having determined that the legal and factual bases set forth in the Application, the Declaration, and at the hearing on the Application establish just cause for the relief herein granted, and after due deliberation and cause appearing therefor, it is:

ORDERED that the Application is GRANTED in all respects and the Debtors are hereby authorized, pursuant to sections 327 and 329 of the Bankruptcy Code, to retain, effective on the Petition Date and under an evergreen retainer, upon the terms and for the purposes set forth in the Application, the firm of Jenner & Block as counsel to the Debtors in the above-captioned chapter 11 cases; and it is further

ORDERED that compensation of Jenner & Block for legal services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases shall be pursuant to applications to be submitted to and approved by this Court from time to time during the pendency of these chapter 11 cases, or pursuant to other orders of this Court or the Local Rules; and it is further

ORDERED that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated: June 19, 2007

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE